United States District Court
Southern District of Texas
**ENTERED**
April 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| CLIFTON JAMES GARLEY, III, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:25-CV-00062 |
| | § | |
| SHERIFF RAY BOYD, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Julie K. Hampton's Memorandum and Recommendation ("M&R"). (D.E. 13). The M&R recommends that the Court dismiss Petitioner's § 2241 petition without prejudice for want of prosecution. *Id.* at 2.

The parties were provided proper notice of,[1] and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, L.P.*, No. 4:14-CV-02700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015) (Harmon, J.) (citation omitted).

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the Parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous

---

[1] Plaintiff's mail was returned as undeliverable. Since then, the Court has waited an appropriate amount of time for an updated address. As a party, Plaintiff is required to keep the Court apprised of his current address at all times and has failed to do so. LOCAL RULE 83.4; *see also Martinez-Reyes v. United States*, No. 7:12-CR-1787-1, 2016 WL 8740494, at *4 (S.D. Tex. Oct. 10, 2016) (Ormsby, Mag. J.) (collecting cases), *adopted*, No. CR M-12-1787-1, 2017 WL 1409315 (S.D. Tex. Apr. 20, 2017) (Crane, C.J.).

or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 13). Accordingly, the Court

**DISMISSES** Petitioner's § 2241 petition **without prejudice**. (D.E. 1).

The Court will enter final judgment separately.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
April 22nd, 2026